# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### COLUMBIA DIVISION

JASON D. GALVAN,               )
                                       )
     Plaintiff,             )
                                       )     No. 1:15-00049
v.                               )     Senior Judge Haynes
                                       )
DOUGLAS MONROE, et al.,     )
                                       )
     Defendants.           )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 86) to grant Defendants' motion for summary judgment (Docket Entry No. 74). Plaintiff has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED,** and Defendants' motion for summary judgment (Docket Entry No. 74) is **GRANTED.** This action is **DISMISSED with prejudice.** Any appeal of this Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

This is the Final Order in this action.

It is so **ORDERED.**

**ENTERED** this the 3rd day of January, 2017.

WILLIAM J. HAYNES, JR.
Senior United States District Judge